PLAINTIFF'S
EXHIBIT
1

LAW OFFICES
WAVERLY F. AKINS
205 SOUTH FUQUAY AVENUE
POST OFFICE BOX 266
FUQUAY-VARINA, NORTH CAROLINA 27526
(919) 552-2020

FACSIMILE
(919) 552-3221

June 16, 1995

COPY

LAW OFFICES OF
## WAVERLY F. AKINS
205 SOUTH FUQUAY AVENUE
POST OFFICE BOX 266
FUQUAY-VARINA, NORTH CAROLINA 27526
(919) 552-2020

FACSIMILE
(919) 552-3221

May 3rd, 1995

Jim Wade Goodman, *esq.* & James C. Thornton, *esq.*
C/O Parker, Poe, Adams & Bernstein
Post Office Box 389
One Exchange Plaza
Raleigh, NC 27602-0389

    RE:    *Roselle Arnold v. Kathy J. Follett*, 95-CVD-2149

Dear Messieurs Wade and Thornton:

    Please find attached a copy of the Order I have prepared to conclude today's hearing. I shall await your comments and reply before I have it executed by Judge Creech. With every good wish, I remain

        Sincerely,

        Donald G. Hunt, Jr.

*attachment*

LAW OFFICES OF
**WAVERLY F. AKINS**
205 SOUTH FUQUAY AVENUE • P. O. BOX 266
FUQUAY-VARINA, NORTH CAROLINA 27526
TELEPHONE (919) 552-2020



LAW OFFICES
WAVERLY F. AKINS
205, SOUTH FUQUAY AVENUE
POST OFFICE BOX 266
FUQUAY-VARINA, NORTH CAROLINA 27526
(919) 552-2020

FACSIMILE
(919) 552-3221

DATE 5/18/95

OUR FILE NUMBER _____

TO ▮▮▮▮▮▮▮▮▮▮

FROM Sandra

SUBJECT ▮▮▮▮▮▮▮▮▮

NUMBER OF PAGES (including this page) 3

IF YOU DO NOT RECEIVE ALL PAGES, CALL IMMEDIATELY!

COMMENTS _____

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

PRIVILEGED AND CONFIDENTIAL INFORMATION

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank You.

Case 5:05-cv-00684-BR   Document 7-2   Filed 09/30/05   Page 4 of 10

PLAINTIFF'S EXHIBIT 2
Blumberg No. 6113

LAW OFFICES OF
## AKINS, HUNT & FEARON
*A Professional Limited Liability Company*
205 SOUTH FUQUAY AVENUE
POST OFFICE BOX 266
FUQUAY-VARINA, NORTH CAROLINA 27526
(919) 552-2020

FACSIMILE
(919) 552-3221



## The Law Offices of
# Akins, Hunt & Fearon
*A Professional Limited Liability Company*

205 S. Fuquay Ave.  Phone (919) 552-2020    Waverly F. Akins
P.O. Box 266        Facsimile (919) 552-3221  Donald G. Hunt, Jr.
Fuquay-Varina, N.C. 27526                     Jason M. Fearon

PLAINTIFF'S EXHIBIT 3







## AKINS, HUNT & FEARON, P.L.L.C.
### ATTORNEYS AT LAW
### FUQUAY-VARINA, NORTH CAROLINA

DONALD G. HUNT, JR.
JASON M. FEARON

THE EDWARDS' HOUSE
205 SOUTH FUQUAY AVENUE

TELEPHONE
(919) 552-2020

FACSIMILE
(919) 552-3221

WAVERLY F. AKINS
(1932-1997)

POST OFFICE BOX 266
ZIP CODE 27526

