

AKINS
HUNT &
FEARON, P.C.
Attorneys at Law

Waverly F. Akins
(1932-1997)

Barker Plaza
134 N. Main Street
Suite 204
Post Office Box 266
Fuquay-Varina, NC 27526

Phone (919) 552-2020
Fax (919) 552-3221



PLAINTIFF'S
EXHIBIT
5



# AKINS HUNT & FEARON, P.C.
Attorneys at Law

Waverly F. Akins
(1932-1997)

Barker Plaza
134 N. Main Street, Suite 204
Post Office Box 266
Fuquay-Varina, NC 27526

The Professional Center
1100 Holly Springs Road, Suite 200
Holly Springs, NC 27540

Phone (919) 552-2020
Fax (919) 552-3221
www.akinshunt.com



**AKINS HUNT & FEARON, P.C.**
Attorneys at Law

Barker Plaza • 134 N. Main Street, Suite 204
Post Office Box 266
Fuquay-Varina, NC 27526



**Akins Hunt & Fearon, P.C.**
Attorneys at Law

Barker Plaza
134 N. Main Street
Suite 204
Post Office Box 266
Fuquay-Varina, NC 27526

**Donald G. Hunt, Jr.**
Attorney-At-Law

Phone (919) 552-2020
Fax (919) 552-3221

---



**Akins Hunt & Fearon, P.C.**
Attorneys at Law

The Professional Center
1100 Holly Springs Road, Suite 200
Holly Springs, NC 27540

Barker Plaza
134 N. Main Street, Suite 204
Fuquay-Varina, NC 27526

**Donald G. Hunt, Jr.**
Attorney

Phone (919) 552-2020
Fax (919) 552-3221
www.akinshunt.com

LAW OFFICES OF
# JOHN W. AKINS, PLLC
205 S. FUQUAY AVENUE
FUQUAY-VARINA, NC 27526

PHONE: (919) 577-0040    EMAIL: AKINSLAWOFFICES@NC.RR.COM    FAX: (919) 577-0926



November 16, 2004

Donald G. Hunt, Jr.
Akins, Hunt & Fearon, PLLC
134-204 N. Main Street
Fuquay-Varina, NC 27526

LAW OFFICES OF
**JOHN W. AKINS, PLLC**
205 S. FUQUAY AVENUE
FUQUAY-VARINA, NC 27526



Donald G. Hunt, Jr.
Akins, Hunt & Fearon, PLLC
134-204 N. Main Street
Fuquay-Varina, NC 27526