PLAINTIFF'S EXHIBIT 7

*Voted 2002 People's Choice for Excellence in Legal Representation\**



# Akins Hunt & Fearon, P.C.

Attorneys at Law

Waverly F. Akins
(1932-1997)

## Proudly Serving the People and Businesses of Southern Wake and Harnett Counties



**Litigation & Appeals**

When trial or appeal is the only option, our experienced litigation team and modern trial technology give you the winning edge.



**Business Transactions**

Our transactional team has efficient solutions to meet your legal needs, whether you're a multi-million dollar corporation or the corner store.



**Family Law**

Nothing is more important than family. When family issues arise, trust us for compassionate and skillful representation.



**Real Estate**

We've grown along with Wake and Harnett counties with cost-effective and experienced services in residential and commercial real estate matters.

Over the years, our full service law firm has provided quality representation to businesses and individuals across North Carolina and throughout the United States. Our clients trust us to assist them in achieving their goals, and we pride ourselves in delivering superior services that surpass even the highest expectations.

**When results matter, experience counts. Put our team to work for you.**

### Two Convenient Locations

**Fuquay-Varina**
Barker Plaza
134 N. Main Street, Suite 204
Fuquay-Varina, NC 27526

**Holly Springs**
Holly Springs Professional Center
1100 Holly Springs Road, Suite 200
Holly Springs, NC 27540

## (919) 552-2020
www.akinshunt.com

*Neighbor's of Southern Wake Co. © Copyright 2003, Akins Hunt & Fearon, P.C. All rights reserved.



# relax.
## we'll handle the hard work.

Waverly F. Akins
(1932-1997)

**LITIGATION & APPEALS**
**REAL ESTATE**
**FAMILY LAW**
**BUSINESS TRANSACTIONS**

AKINS
HUNT &
FEARON, P.C.
Attorneys at Law

919-552-2020 | www.akinshunt.com

Barker Plaza, 134 N. Main Street, Suite 204, Fuquay-Varina, NC 27526
1100 Holly Springs Road, Suite 200, Holly Springs, NC 27540

PLAINTIFF'S EXHIBIT 8