UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CV-684-BR(3)

| | |
|---|---|
| AKINS LAW FIRM, P.C. d/b/a AKINS, HUNT & FEARON, P.C., d/b/a THE LAW OFFICES OF AKINS, HUNT & FEARON, P.C., and successor in interest to THE LAW OFFICES OF AKINS, HUNT & FEARON, P.L.L.C. and THE LAW OFFICES OF WAVERLY F. AKINS,<br><br>PLAINTIFF,<br><br>VS.<br><br>LAW OFFICES OF JOHN W. AKINS, PLLC, and JOHN W. AKINS, Individually,<br><br>DEFENDANTS. | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Fed.R.Civ.P. 41(a)(1) |

TO THE COURT:

THE PARTIES to this action, as evidenced by the e-signatures of their counsel subscribed hereto, stipulate and agree that plaintiff, pursuant to its settlement agreement with defendants and Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this action with prejudice this <u>19th</u> day of December 2006.

| | |
|---|---|
| /s/ Bettie Kelley Sousa<br>Bettie Kelley Sousa<br>Attorney for Plaintiff<br>SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, L.L.P.<br>Post Office Box 26268<br>Raleigh, NC 27611-6268<br>Telephone: (919) 250-2000<br>Facsimile: (919) 250-2100<br>bsousa@smithdebnamlaw.com<br>State Bar No. 9902 | /s/ Reed J. Hollander<br>Reed J. Hollander<br>Attorney for Defendants<br>NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>GlenLake One, Suite 200<br>4140 Parklake Avenue<br>Raleigh, NC 27612<br>Telephone: (919) 877-3816<br>Fax: (919)877-3149<br>reed.hollander@nelsonmullins.com<br>State Bar No. 2340 |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has, this day, served the foregoing Stipulation of Voluntary Dismissal With Prejudice in the above captioned action upon the following attorney for the defendants by electronic mail to:

reed.hollander@nelsonmullis.com

Dated: December 19th, 2006.

/s/ Bettie Kelley Sousa
Bettie Kelley Sousa
Attorney for Plaintiff
SMITH DEBNAM NARRON WYCHE
SAINTSING & MYERS, L.L.P.
Post Office Box 26268
Raleigh, NC 27611-6268
Telephone: (919) 250-2000
Facsimile: (919) 250-2100
bsousa@smithdebnamlaw.com
State Bar No. 9902